**DISMISS and Opinion Filed June 9, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00610-CV

**NORA EDITH LOZANO, Appellant**
**V.**
**JOSE ALFREDO ROJAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 89919-86**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Fillmore

Before the Court is the parties' joint motion to dismiss the appeal. The parties have informed the Court that the trial court has not made a final ruling as to the property division in this divorce case. For this reason, appellant seeks to withdraw her notice of appeal and dismiss the appeal. Accordingly, we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

140610F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NORA EDITH LOZANO, Appellant

No. 05-14-00610-CV        V.

JOSE ALFREDO ROJAS, Appellee

On Appeal from the 86th Judicial District
Court, Kaufman County, Texas.
Trial Court Cause No. 89919-86.
Opinion delivered by Justice Fillmore.
Justices Evans and Lewis, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, JOSE ALFREDO ROJAS, recover his costs of this appeal from appellant, NORA EDITH LOZANO.

Judgment entered this 9th day of June, 2014.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE